DANIEL MALAKAUSKAS, *Cal. Bar. No.:* 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Frank Singh**


JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK, *Cal. Bar No.* 227298
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813
Tel:415 398-8080/ Fax: (415) 398-5584
mkenefick@jmbm.com

*Attorney for Defendants*: **Burlington Coat Factory Direct Corporation,** and **CI Rancho, LLC**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**,<br><br>Plaintiff,<br><br>v.<br><br>**BURLINGTON COAT FACTORY DIRECT CORPORATION**, as an entity and doing business as "Burlington Coat Factory Store #766", **CI RANCHO, LLC,** a California Limited Liability Company, and **DOES** 1-50, Inclusive,<br><br>Defendants. | Case No.: 5:18-cv-1259-RGK-KK<br><br>**[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL, WITH PREJUDICE, WITH REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT TERMS**<br><br>[Federal Rule of Civil Procedure 41(a)(1)] |

**ORDER:**

**IT IS HEREBY ORDERED**, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction to enforce the terms of the settlement for a period of ninety (90) days.

Dated: December 11, 2018

_____
The Honorable R. GARY KLAUSNER,
United States District Judge, Central District of California